Pro Se 6 2016

FILED ___ LODGED ___ RECEIVED ___ MAIL

DEC 27 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Nathen Baker

_____,

_____,

Plaintiff(s),

v.

Auburnwa.gov

_____,

_____,

Defendant(s).

CASE NO. 22-cv-1857-JCC
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE
ALLEGING THAT THE
DEFENDANT OWES THE
PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of
Citizenship)

Jury Trial: ☐ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Nathen Baker |
| Street Address | 1521 O St. NE |
| City and County | Auburn WA |
| State and Zip Code | WA 98001 |
| Telephone Number | 253-939-5950 |

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 1

*Pro Se 6 2016*

B.   Defendant(s)

    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

- Name: Auburnwa.gov
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Defendant No. 2

- Name: Nancy Backus
- Job or Title *(if known)*:
- Street Address: 25 W. Main ST.
- City and County: to Auburn 98001 King
- State and Zip Code: WA 98001
- Telephone Number: 253-931-3300

Defendant No. 3

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 2

Pro Se 6 2016

1    Defendant No. 4

2    Name

3    Job or Title *(if known)*

     Street Address

4    City and County

5    State and Zip Code

     Telephone Number

6

7

8                    **II.    BASIS FOR JURISDICTION**

9    Federal courts are courts of limited jurisdiction (limited power). Generally, only two

10   types of cases can be heard in federal court: cases involving a federal question and cases

11   involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under

12   the United States Constitution or federal laws or treaties is a federal question case. Under 28

13   U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14   the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of

15   citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16   What is the basis for federal court jurisdiction? (check all that apply)

17   ☐ Federal question        ☒ Diversity of citizenship

18   Fill out the paragraphs in this section that apply to this case.

19   A.   If the Basis for Jurisdiction Is a Federal Question

20   List the specific federal statutes, federal treaties, and/or provisions of the United States

21   Constitution that are at issue in this case.

22   *Muckleshoot Indian Tribe Bylaws*

23

24

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 3

*Pro Se 6 2016*

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual.

The plaintiff *(name)* Nathen Baker, is a citizen of the State of *(name)* Washington.

        b.    If the plaintiff is a corporation.

The plaintiff, *(name)* Nathen Baker, is incorporated under the laws of the State of *(name)* Washington, is incorporated under the laws of the State of *(name)* Washington, and has its principal place of business in the State of *(name)* Washington.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.    The Defendant(s)

        a.    If the defendant is an individual.

The defendant, *(name)* auburnwa.gov, is a citizen of the State of *(name)* Washington. Or is a citizen of *(foreign nation)* Washington.

        b.    If the defendant is a corporation.

The defendant, *(name)* auburnwa.gov, is incorporated under the laws of the State of *(name)* Washington, and has its principal place of business in the State of *(name)* Washington.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES THE PLAINTIFF A SUM OF MONEY - 4

Pro Se 6 2016

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### III. THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

$ 900,000

### IV. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Payment $ 900,000.

The defendant, (name) auburnwa-gov, owes the plaintiff (*specify the amount*) $ 900,000 because (*use one or more of the following, as appropriate*):

A.  On a Promissory Note

On (*date*) DATE, the defendant signed and delivered a note promising to pay the plaintiff on (*date*) un DATE the sum of (*specify the amount*) $ 900,000 with interest at the rate of (*specify the amount*) _____ percent. The defendant has not paid the amount due and owes (*state the amount of unpaid principal and interest*) $ 900,000.

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 5

Pro Se 6 2016

1    A copy of the note is attached as an exhibit or is summarized below. (*Attach the note or*
2    *summarize what the document says.*)
3    _She wrote personal note promise money._
4
5
6    **B.**    On an Account Between the Parties
7    The defendant owes the plaintiff (*specify the amount*) $ _900,000_. This debt
8    arises from an account between the parties, based on (*state the basis, such as an agreement*
9    *between a credit-card company and a credit-card holder*)
10    _my Bank of America account froze my_
11    _Columbia Bank account over drawn during_
12    _close. My Key Bank account disappeared_
13    The plaintiff sent the defendant a statement of the account listing the transactions over a
14    certain period and showing the bills sent, the payments received or credits approved, and the
15    balance due. The defendant owes (*specify the amount*) $ _900,000_. Copies of the bills
16    or account statements are attached as exhibits or summarized below. (*Attach the statements or*
17    *summarize what they say.*)
18    _I grow up enough money keeping those_
19    _mentioned banks open deposit proving I worked._
20
21    **C.**    For Goods Sold and Delivered
22    The defendant owes the plaintiff (*specify the amount*) $ _900,000_, for goods
23    sold and delivered by the plaintiff to the defendant from (*date*) _DATE_ to (*date*)
24    _____.

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 6

*Pro Se 6 2016*

D.   For Money Loaned

The defendant owes the plaintiff (*specify the amount*) $ __Department__, for money the plaintiff loaned the defendant on (*date*) __DATE__.

E.   For Money Paid by Mistake

The defendant owes the plaintiff (*specify the amount*) $ __900,000__ for money paid by mistake to the defendant on (*date*) __DATE__, when the defendant received the payment from (*specify who paid and describe the circumstances of the payment*)

__auburnwa.gov promised go in make me my__
__$900,000 check meet payment.__

_____

F.   For Money Had and Received

The defendant was paid money (*specify the amount*) $ __0__ on (*date*) _____ by (*identify who paid and describe the circumstances of the payment*)

__The Employment Income Security Act__

_____

_____

It is unjust for the defendant not to pay the plaintiff the money received because (*explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned*):

__The Employment Income Security Act__

_____

_____

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 7

Pro Se 6 2016

## V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

I want all of my material returned in providing for myself.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Pro Se 6 2016*

| | | |
|---|---|---|
| 1 | Date of signing: | 12/24/2022 |
| 2 | Signature of Plaintiff | *Nathen Baker* |
| 3 | Printed Name of Plaintiff | Nathen Baker |
| 4 | | |
| 5 | Date of signing: | 12/24/2022 |
| 6 | Signature of Plaintiff | *Nathen Baker* |
| 7 | Printed Name of Plaintiff | Nathen Baker |
| 8 | | |
| 9 | Date of signing: | 12/24/2022 |
| 10 | Signature of Plaintiff | *Nathen Baker* |
| 11 | Printed Name of Plaintiff | Nathen Baker |

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 9




**Retail** US POSTAGE PAID $9.55
Origin: 98002
12/23/22
540493018-12

PRIORITY MAIL®
1 Lb 5.50 Oz
RDC 05
C028

EXPECTED DELIVERY DAY: 12/24/22

SHIP TO:
700 STEWART ST
STE 2310
SEATTLE WA 98101-4442

USPS TRACKING #
9505 5156 3366 2357 0177 82

**TO:**
United States District Court
700 Stewart St, ste 2310
Seattle, WA 98101

FILED ___ LODGED ___ RECEIVED ___
MAIL
DEC 27 2022
CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**FROM:**
Commander in Chief Nathen Baker
1526 D ST NE
Auburn, WA 98001