UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN BAKER, | CASE NO. 22-cv-1857 |
| Plaintiff, | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| AUBURNWA.GOV, | |
| Defendant. | |

The Court raises this matter sua sponte. Plaintiff Nathen Baker filed a Complaint For a Civil Case Alleging That The Defendant Owes The Plaintiff a Sum of Money, without paying the filing fee or submitting an in forma pauperis ("IFP") application. Dkt. No. 1.

Plaintiffs must pay filing fees when filing actions in the United States District Court. 28 U.S.C. § 1914(a); *see also* LCR 3(b). Parties proceeding in forma pauperis are excepted from this rule. *See* 28 U.S.C. § 1915. The Court may dismiss a plaintiff's action without prejudice if they fail to pay the filing fee or obtain IFP status. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

**ORDER** DISMISSING CASE WITHOUT PREJUDICE - 1

     Baker filed his complaint on December 27, 2022. Dkt. No. 1. On December 30, 2022, the Clerk of The Court filed a letter to Baker noting deficiencies in his civil action, including an omitted cover sheet and his failure to pay the $402 filing fee. Dkt. No. 3. The Clerk's letter stated that Baker must apply for IFP status or pay the filing fee by January 30, 2023, and that "[f]ailure to do so may affect the status of your case, including dismissal of the action by the Court." *Id.* To date, Baker has failed to pay the filing fee or apply for IFP status as the Clerk advised. *See generally* Dkt.

     Accordingly, this action is DISMISSED without prejudice for failure to pay the $402 filing fee or to obtain IFP status.

     It is so ORDERED.

     Dated this 17th day of November, 2023.

                                           Jamal N. Whitehead
                                           United States District Judge